IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 01-518C

(Filed: September 26, 2007)

RALPH E. BOSTON, *et al.*,

Plaintiffs,

v.

UNITED STATES,

Defendant.

SCHEDULING ORDER

Counsel for the plaintiff informed the court that she is unavailable for the previously scheduled status conference on October 18, 2007. Accordingly, this status conference is rescheduled for November 9, 2007, commencing at 2:00 p.m., at the National Courts Building, 717 Madison Place, N.W., Washington D.C. The courtroom in which the status conference will be held shall be posted in the lobby of the building.

It is so ORDERED.

s/ Charles F. Lettow
Judge