IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| RALPH E. BOSTON, et al., Plaintiffs, | ) |
| v. | ) Case No. 01-518C (Judge Charles Lettow) |
| UNITED STATES OF AMERICA, Defendant. | ) |

**JOINT STATUS REPORT**

Pursuant to this Court's order of August 17, 2007, the parties respectfully submit the following joint status report:

1. On February 15, 2007, plaintiffs submitted a proposed settlement agreement to defendant's counsel covering the claims of the diversion investigators at the Drug Enforcement Administration ("DEA"). On June 1, 2007, the proposed settlement was approved by the authorized representative of the Attorney General. Pursuant to the settlement agreement, plaintiffs provided to defendant on September 26 and 27, 2007 their overtime hours worked during the relevant time period, except for two individuals whose overtime hour claim forms will be submitted when they are completed.

2. On June 15, 2006, plaintiffs submitted a proposed partial settlement agreement to defendant to resolve the claims of plaintiffs in this action and in other actions employed by the U.S. Customs Service and/or its successor agencies as GS-391, GS-856, and similar positions. Plaintiffs anticipate revising the settlement offer.

3. By partial settlement agreement entered into on December 2, 2005, the parties resolved several claims for back pay under the FLSA for plaintiffs employed by the DEA as GS-080, 334, 391, 856 and 1802 technicians at the GS-9 through GS-13 grade levels. All plaintiffs have been paid pursuant to such settlement agreement other than the claims of plaintiff Elton Armstead. Defendant intends to complete such calculation by October 30, 2007. Further, defendant has indicated its intent to resolve the claims of DEA plaintiff Kelvin Ivery, who is classified in the GS-334 series.

4. By partial settlement agreement entered into on October 15, 2003, the parties resolved several claims for back pay under the Fair Labor Standards Act ("FLSA") for plaintiffs employed by the United States Secret Service ("USSS") and the Bureau of Alcohol, Tobacco and Firearms ("BATF") as GS-1801, 391 and 080 technicians at the GS-9 through GS-13 grade levels. The claim of Byers Dowdell, who is employed by USSS in the GS 072 series, remains outstanding.

5. With regard to the claims of all plaintiffs who were the subject of the October 15, 2003, December 2, 2005 and June 29, 2007, settlements who claim entitlement to back pay for driving a government vehicle to and from work, plaintiffs propose to await the outcome of further proceedings with regard to the GS-12 1811s' driving claims. As to such claims, on March 14, 2007, the United States Court of Appeals for the Federal Circuit denied plaintiffs' petition for panel rehearing and rehearing *en banc* with respect to the Federal Circuit's affirmance of this Court's April 27, 2005 disposition in Adams v. United States, Case No. 90-162C and Consolidated Cases, of the driving claims of plaintiffs in the grade GS-12 criminal investigator category. Plaintiffs filed a petition for writ of *certiorari* on July 27, 2007. Defendant received an enlargement of time until October 31, 2007, to respond to plaintiffs' petition. Defendant believes that the Federal Circuit's

decision in this case concerning the GS-12s' driving claims is a sufficient basis upon which to resolve the driving claims herein, and defendant reserves the right to file an appropriate motion to resolve these claims without awaiting further proceedings.

Respectfully submitted,

s/ Jules Bernstein
JULES BERNSTEIN
Bernstein & Lipsett, P.C.
1920 L Street, N.W.
Suite 303
Washington, D.C. 20036

OF COUNSEL:
LINDA LIPSETT
Tel: (202) 296-1798
Fax: (202) 296-7220

s/ Edgar N. James
EDGAR N. JAMES
James & Hoffman, P.C.
1101 17th Street, N.W.
Suite 510
Washington, D.C. 20036
Tel: (202) 496-0500
Fax: (202) 496-0555

Attorneys for Plaintiffs

Dated: September 28, 2007

PETER D. KEISLER
Assistant Attorney General

s/ Jeanne E. Davidson
JEANNE E. DAVIDSON
Director

s/ Shalom Brilliant
SHALOM BRILLIANT
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, N.W.
Washington, D.C. 20530
Washington, D.C. 20036
Tel: (202) 616-8275
Fax: (202) 305-7643

OF COUNSEL:
Michael J. Dierberg
William Rayel
Trial Attorneys
Commercial Litigation Branch
Civil Division
Department of Justice

Attorneys for Defendant

Dated: September 28, 2007