IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 01-518C

(Filed: September 2, 2008)

| | |
|---|---|
| RALPH E. BOSTON, *et al.*, | ) |
| Plaintiffs, | ) |
| v. | ) |
| UNITED STATES, | ) |
| Defendant. | ) |

SCHEDULING ORDER

A hearing shall be held on September 15, 2008, commencing at 2:00 p.m. at the National Courts Building, 717 Madison Place, N.W., Washington D.C., to address defendant's motion for judgment. The particular courtroom to be used for the hearing will be listed in the lobby of the courthouse on the day of the hearing.

It is so ORDERED.

s/ Charles F. Lettow
Judge