IN THE UNITED STATES COURT OF FEDERAL CLAIMS

RALPH E. BOSTON, et al.,

Plaintiffs,

v.

UNITED STATES OF AMERICA,

Defendant.

Case No. 01-518C
(Judge Charles Lettow)

**PLAINTIFFS' RESPONSE TO DEFENDANT'S MOTION FOR LEAVE TO FILE REPLY OUT OF TIME AND PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE SUPPLEMENTAL AUTHORITY**

On September 2, 2008, defendant filed its Motion for Leave to File Reply Out of Time in the instant case. Attached to its Motion was Defendant's Reply to Plaintiffs' Opposition to Defendant's Motion for Judgment on the Pleadings, Dismissing the Claims Remaining to be Adjudicated. Plaintiffs have no objection to the filing out of time of Defendant's Motion for Leave to File Reply.

As an Addendum to defendant's Reply, it attached an August 1, 2008 decision of this Court dismissing home-to-work driving claims of the plaintiffs in Easter v. United States, No. 04-1435C (Fed. Cl. August 1, 2008) ("Easter"). Plaintiffs submit that based upon defendant's reliance upon the August 1, 2008 opinion in Easter as new authority, plaintiffs should be permitted to file a supplemental memorandum explaining why the Court's opinion in Easter is mistaken and why its reasoning should not be adopted herein.

Accordingly, plaintiffs move the Court for an Order granting plaintiffs leave to file their memorandum of supplemental authority which is attached. Defendant has authorized counsel for plaintiffs to state that it has no objection to the granting of plaintiffs' instant motion.

Respectfully submitted,

OF COUNSEL:
Linda Lipsett

**s/Jules Bernstein**
Jules Bernstein (Counsel of Record)
Bernstein & Lipsett, P.C.
1920 L Street, N.W., Suite 303
Washington, D.C. 20036
(202) 296-1798
(202) 296-7220 facsimile

Counsel of Record

**s/Edgar James**
James & Hoffman, P.C.
1101 17th Street, N.W., Suite 510
Washington, D.C. 20036
(202) 496-0500
(202) 496-0555 facsimile

Attorneys for Plaintiffs

Dated: September 10, 2008

**CERTIFICATE OF FILING**

I hereby certify under penalty of perjury that on this 10th day of September 2008, a copy of the foregoing "PLAINTIFFS' RESPONSE TO DEFENDANT'S MOTION FOR LEAVE TO FILE REPLY OUT OF TIME AND PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE SUPPLEMENTAL AUTHORITY "was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.